**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LOHMAN, | CASE NO. 09-cv-08992-JFW (OPx) |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| CREDIT COLLECTION SERVICES, | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff MARK LOHMAN and Defendant CREDIT COLLECTION SERVICES. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

**1**

06183.00/169274

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(2);

**IT IS SO ORDERED:**

DATED: December 2, 2010

*[signature]*

_____
UNITED STATES DISTRICT COURT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045